Order issued October 30 , 1997



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-96-00988-CR

**WAYNE NEAL THORNTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MB94-48351-G

## ORDER

Because appellant's brief has not been filed within the time allowed, the trial court

is **ORDERED** to conduct a hearing to determine why appellant's brief has not been filed

and in this regard to determine whether appellant desires to prosecute the appeal, whether

appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal,

and to make appropriate findings and recommendations. *See* TEX. R. APP. P. 38.8(*b*).

If the trial court cannot obtain appellant's presence at the hearing, the trial court

shall conduct the hearing in appellant's absence. *See Meza v. State*, 752 S.W.2d 708 (Tex.

App.--Corpus Christi 1987, no pet.)(per curiam).

If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. We order the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within sixty (60) days of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated sixty (60) days from the date of this order.

LINDA THOMAS
CHIEF JUSTICE